# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN TATE, | : |
|  | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-13548-WGY |
| v. | : |
|  | : |
| ATLANTIC CREDIT & FINANCE, INC., | : |
| THE LAW OFFICES OF JOHN P. FRYE, | : |
| P.C., and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Alan Tate, Defendant Atlantic Credit & Finance, Inc., and Defendant The Law Offices of John P. Frye, P.C. wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety with prejudice and without costs to any party.

| Alan Tate | Atlantic Credit and Finance, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ John J. O'Connor_____ |
| Sergei Lemberg, Esq. | John J. O'Connor |
| BBO No.: 650671 | PEABODY & ARNOLD LLP |
| LEMBERG LAW, LLC | Federal Reserve Plaza |
| 43 Danbury Road | 600 Atlantic Avenue |
| Wilton, CT  06897 | Boston, MA 02210 |
| (203) 653-2250 | (617) 951-2077 |
| Attorney for Plaintiff | Attorney for Defendants |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg
                                                        Sergei Lemberg